IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
KAREN STERZER,                      )
                                    )
          Plaintiff,                )        8:05CV286
                                    )
     v.                             )
                                    )
SPC, INC., a Nebraska               )        ORDER
corporation, and FIRST              )
NATIONAL BANK OF OMAHA, a           )
national banking association,       )
                                    )
          Defendants.               )
_____)
```

This matter is before the Court on the stipulation for dismissal (Filing No. 23). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 3rd day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court